AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| JANE DOE LS 90 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-03956-HSG |
| UBER TECHNOLOGIES, INC. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

Date: 09/14/2023

*/s/ Randall S. Luskey*
*Attorney's signature*

Randall S. Luskey
*Printed name and bar number*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
*Address*

rluskey@paulweiss.com
*E-mail address*

(628) 432-5100
*Telephone number*

(628) 232-3101
*FAX number*