Case 4:23-cv-03956-HSG   Document 23   Filed 09/20/23   Page 1 of 1

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| WILLIAM A. LEVIN (SBN 98592)<br>LEVIN SIMES LLP<br>1700 Montgomery Street Suite 250<br>San Francisco, CA 94111<br>Telephone No: 415-426-3000<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>DOE V UBER | |

Insert name of Court, and Judicial District and Branch Court:
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: JANE DOE LS 90
Defendant: UBER TECHNOLOGIES, INC., a Delaware Corporation; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03956 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CIVIL COVER SHEET; COMPLAINT; PLAINTIFF JANE DOE LS 90'S CERTIFICATE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE; STANDING ORDER FOR ALL JUDGES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE; NOTICE OF ELECTRONIC FILING

3. a. Party served: UBER TECHNOLOGIES, INC., a Delaware Corporation
   b. Person served: SARAI MARIN, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 330 NORTH BRAND BOULEVARD STE 700, GLENDALE, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)         d. *The Fee* for Service was: 211.72
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



08/24/2023
(Date)                                                                 (Signature)



PROOF OF SERVICE

9424033
(6018658)