| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WILLIAM A. LEVIN (SBN 98592)<br>LEVIN SIMES LLP<br>1700 Montgomery Street Suite 250<br>San Francisco, CA 94111<br>   *Telephone No:* 415-426-3000<br><br>   *Attorney For:* Plaintiff | **For Court Use Only** |
| *Ref. No. or File No.:* DOE V UBER | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* JANE DOE LS 90<br>*Defendant:* UBER TECHNOLOGIES, INC., a Delaware Corporation; et al. | |
| **PROOF OF SERVICE** — Hearing Date: — Time: — Dept/Div: — Case Number: 3:23-cv-03956 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CIVIL COVER SHEET; COMPLAINT; PLAINTIFF JANE DOE LS 90'S CERTIFICATE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE; STANDING ORDER FOR ALL JUDGES; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE ALEX G. TSE; NOTICE OF ELECTRONIC FILING

3. a. Party served:   RASIER-CA, LLC, a Delaware Limited Liability Company
   b. Person served:   SARAI MARIN, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   330 NORTH BRAND BOULEVARD STE 700, GLENDALE, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)              d. **The Fee** for Service was:   126.51
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/24/2023
(Date)                                                                                      (Signature)



PROOF OF SERVICE

9424040
(6018674)