AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Jane Doe LS 90, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-03956-HSG |
| Uber Technologies, Inc, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff Jane Doe LS 90.

Date: September 20, 2023

/s/ Samira J. Bokaie
*Attorney's signature*

Samira J. Bokaie (SBN 332782)
*Printed name and bar number*

Levin Simes LLP
1700 Montgomery Street, Suite 250,
San Francisco, CA 94111
*Address*

sbokaie@levinsimes.com
*E-mail address*

(415) 426-3189
*Telephone number*

(415) 426-3001
*FAX number*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 20, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

Dated: September 20, 2023                                                       */s/ Samira J. Bokaie*