William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff* JANE DOE LS 90

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE LS 90,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 4:23-cv-03956-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET THE SEPTEMBER 26, 2023 CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: August 7, 2023<br>Trial Date: None |

## **STIPULATION**

Pursuant to Civil Local Rule 6-1(a)-(b) and 6-2, Plaintiff Jane Doe LS 90 ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"), and by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff filed her Complaint on August 7, 2023, and Defendants were served on August 24, 2023;

WHEREAS the Court set a telephonic Case Management Conference at 2:00 PM on

1

September 26, 2023 (Doc. No. 19);

WHEREAS counsel for Plaintiff and Defendants are engaged in active litigation with regard to several matters recently filed in the Northern District of California;

WHEREAS a Motion of Plaintiffs for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings pending before the Judicial Panel of Multidistrict Litigation is set for hearing on September 28, 2023 in Lexington, Kentucky;

WHEREAS all Plaintiffs' counsel are set to fly to Lexington, Kentucky on September 26, 2023 during the time for which the Case Management Conference is set;

WHEREAS the parties have met and conferred and agree that a continuance of the September 26, 2023 Case Management Conference will not adversely impact the schedule for this action;

WHEREAS the parties propose the September 26, 2023 Case Management Conference be continued to October 24, 2023 at 2:00 PM.

**NOW, THEREFORE**, the parties hereby stipulate and agree, subject to the approval of the Court that:

1. The telephonic Case Management Conference scheduled for September 26, 2023 be continued to October 24, 2023.

Dated: September 21, 2023                             Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ William A. Levin*
William A. Levin
Laurel L. Simes
David M. Grimes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 90*

//
//
//

| | |
|---|---|
| Dated: September 21, 2023 | **BOWMAN AND BROOKE LLP** |
| | */s/ Paul A. Alarcon* |
| | Paul A. Alarcon |
| | Samuel Q. Schleier |
| | Colton F. Parks |
| | *Attorneys for Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC* |


**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. The telephonic Case Management Conference scheduled for September 26, 2023 be continued to October 24, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Haywood S. Gilliam, Jr.
United States District Judge

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**FILER'S ATTESTATION**

I, William A. Levin, am the ECF User whose identification and password are being used to file the foregoing **STIPULATION AND [PROPOSED] ORDER TO RESET THE SEPTEMBER 26, 2023 CASE MANAGEMENT CONFERENCE.** Pursuant to L.R. 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: September 21, 2023                                             Respectfully Submitted,

                                                     **LEVIN SIMES LLP**

                                                   */s/ William A. Levin*
                                                   William A. Levin
                                                 *Attorney for Plaintiff Jane Doe LS 90*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

Dated: September 21, 2023                    */s/ William A. Levin*
                                              William A. Levin