William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff* JANE DOE LS 90

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE LS 90,<br><br>                    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br><br>                    Defendants. | Case No. 4:23-cv-03956-HSG<br><br>**DECLARATION OF WILLIAM A. LEVIN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESET THE SEPTEMBER 26, 2023 CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: August 7, 2023<br>Trial Date: None |

**DECLARATION OF WILLIAM A. LEVIN**

I, William A. Levin, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am a Founding Partner at the law firm Levin Simes LLP, and counsel of record for Plaintiff Jane Doe LS 90 ("Plaintiff"). I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

1

Case No. 4:23-cv-03956-HSG    DECLARATION ISO STIPULATION AND [PROPOSED] ORDER TO RESET THE SEPTEMBER 26, 2023 CASE MANAGEMENT CONFERENCE

2. This declaration is made in support of Plaintiff's and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Stipulation and [Proposed] Order to Reset the September 26, 2023 Case Management Conference (the "Stipulation").

3. Plaintiff filed her Complaint on August 7, 2023, and Defendants were served on August 24, 2023.

4. The Court set a telephonic Case Management Conference at 2:00 PM on September 26, 2023 (Doc. No. 19);

5. Counsel for Plaintiff and Defendants are engaged in active litigation with regard to several matters recently filed in the Northern District of California;

6. A Motion of Plaintiffs for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings pending before the Judicial Panel of Multidistrict Litigation is set for hearing on September 28, 2023 in Lexington, Kentucky;

7. All Plaintiffs' counsel are set to fly to Lexington, Kentucky on September 26, 2023 during the time for which the Case Management Conference is set;

8. the parties have met and conferred and agree that a continuance of the September 26, 2023 Case Management Conference will not adversely impact the schedule for this action;

9. the parties propose the September 26, 2023 Case Management Conference be continued to October 24, 2023 at 2:00 PM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2023, in San Francisco, California.

*/s/ William A. Levin*
William A. Levin
*Attorney for Plaintiff Jane Doe LS 90*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

Dated: September 21, 2023

/s/ *William A. Levin*
William A. Levin

3

Case No. 4:23-cv-03956-HSG    DECLARATION ISO STIPULATION AND [PROPOSED] ORDER TO RESET THE SEPTEMBER 26, 2023 CASE MANAGEMENT CONFERENCE