UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE F-1,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-03945-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| JANE DOE LS 90,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-03956-HSG |
| R T,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>        Defendants. | Case No. 23-cv-04301-HSG |
| JANE DOE LS 231,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,, et al.,<br><br>        Defendants. | Case No. 23-cv-04367-HSG |

| | |
|---|---|
| E. E.,<br>　　　　　Plaintiff,<br>　　　v.<br>UBER TECHNOLOGIES, INC., et al.,<br>　　　　　Defendants. | Case No. 23-cv-04744-HSG |

Pursuant to Civil Local Rule 3-12(c) and Rule 7.2(a) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation, the above-entitled cases are hereby **REFERRED** to Judge Charles R. Breyer for consideration of whether the cases are related to *In re: Uber Technologies, Inc.*, Case No. 23-md-03084-CRB.

**IT IS SO ORDERED.**

Dated:   10/12/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge